IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 1 0 2004

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) 8:04CV105
)
$30,000.00 IN UNITED STATES ) JUDGMENT
CURRENCY, )
)
    Defendant. )

IN ACCORDANCE with the parties' Stipulation filed July 20, 2004, (Filing No. 23), Judgment is entered herein for the Plaintiff, United States of America, in the amount of $15,000.00.

DATED this 10th day of AUGUST, 2004.

BY THE COURT:

RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$30,000.00 IN UNITED STATES
CURRENCY, Defendant, and
Carlos Luna, Maria Luna and
Wenceslado Espinoza, Claimants

By: _____
L. Earl Hawley (#677)
Attorney at Law
916 Casino Center Boulevard
Las Vegas, NV 89101
(702) 382-8910